UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GEORGE SLOCUM,<br><br>Plaintiff,<br><br>v.<br><br>VALUE MAX FINANCE COMPANY S-CORP.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-694-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 6] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

**This Judgment Filed and Entered on February 12, 2024, and Copies To:**

George Slocum         (via CM/ECF electronic notification)

Michael J. Parrish       (via CM/ECF electronic notification)

DATE: February 12, 2024            PETER A. MOORE, JR., CLERK

                                                                (By)  /s/ Stephanie Mann
                                                                Deputy Clerk